# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS ZAMORA AND EMILY ZAMORA, *Plaintiffs* | § § § | |
| v. | § § § | |
| HAYS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, *Defendant* | § § § | Case No. 1:19-CV-1087-SH |

## ORDER

Pursuant to the parties' consent to trial before this Court, this case has been reassigned to the undersigned Magistrate Judge. The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court **by telephone** for a status conference on **Thursday, May 14, 2020 at 11:00 a.m.** The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action.

The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

All future pleadings should be filed with "SH" after the cause number, as reflected above.

**SIGNED** May 7, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE