# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LUIS ZAMORA AND EMILY ZOMORA, ON BEHALF OF S.Z., A MINOR CHILD, § § § § *Plaintiffs* § § v. § § HAYS CONSOLIDATED § INDEPENDENT SCHOOL § DISTRICT, § § *Defendant* § | CIVIL NO. 1:19-CV-1087-SH |

## FINAL JUDGMENT

On this day, the Court granted the Defendant Hays Consolidated Independent School District's ("Defendant") Motion for Summary Judgment on the Administrative Record and Motion for Summary Judgment. *See* Dkt. 48. Accordingly, the Court enters **Final Judgment** in favor of the Defendant. Pursuant to Federal Rule of Civil Procedure 54(d), the Court awards Defendant costs as provided in 28 U.S.C. § 1920 as the prevailing party. The Court declines to award Defendant attorney's fees as costs under 20 U.S.C. §§ 1415(i)(3)(B)(i)(II) or (III) because Defendant has failed to demonstrate that this lawsuit "is frivolous, unreasonable, or without foundation" *id.* § 1415(i)(3)(B)(i)(II), or "was presented for any improper purpose, such as to harass, to cause unnecessary delay, or to needlessly increase the cost of litigation." *Id.* § 1415(i)(3)(B)(i)(III). The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on June 21, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE