**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **LUIS ZAMORA AND EMILY ZOMORA, ON BEHALF OF S.Z., A MINOR CHILD,** § § § § *Plaintiffs* § § **v.** § § **HAYS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT,** § § § § *Defendant* § | **CIVIL NO. 1:19-CV-1087-SH** |

## AWARD OF BILL OF COSTS

On June 21, 2021, the Court entered a Final Judgment in favor of Defendant Hays Consolidated Independent School District's ("Defendant") and awarded Defendant costs, pursuant to Federal Rule of Civil Procedure 54(d)(1). Dkt. 49. Defendant has submitted a Bill of Costs in the amount of $47.38 for its costs for making copies necessarily obtained for use in the case, and certified mail and telephone fees. Dkts. 50 & 50-1. Plaintiff does not oppose the amount of costs requested.

The Court finds that all costs are eligible under 28 U.S.C. § 1920 and Rule 54(d)(1). Accordingly, the Court awards Defendant costs in the sum of $47.38.

**SIGNED** on August 12, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE